McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700



FILED

MAY 2 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )  MJ: 08 mj 0189 GGH
         Plaintiff,       )
                          )
     v.                   )
                          )
IN RE:                    )  SEALING ORDER
                          )
     SEALED               )
_____)

SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Affidavit, Complaint, and Arrest Warrant in the above-reference case, and any matter opening documents, shall be sealed pending further order of the Court or the arrest of the defendant.

IT IS SO ORDERED.

DATED: May 23, 2008

_____
GREGORY G. HOLLOWS
United States Magistrate Judge