McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700



FILED

JUN - 4 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   MJ: 08MJ0189 GGH
         Plaintiff,                  )
                                     )
    v.                               )
                                     )
IN RE:                               )   UNSEALING ORDER
                                     )
    SEALED                           )
_____)

**SEALED**

APPLICATION TO UNSEAL

On or about May 23, 2008, United States Magistrate Judge Gregory G. Hollows issued a sealing order in the above-captioned matter. Law enforcement agents are today executing the arrest warrant issued by this Court, and a search warrant issued by a Magistrate Judge in the Central District of California, and thus the justification for sealing the Affidavit, Complaint, and Arrest Warrant in this matter no longer exist. Accordingly, the United States requests that the Court unseal these documents.

///
///

<u>UNSEALING SEALING ORDER</u>

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the previously sealed Affidavit, Complaint, and Arrest Warrant in the above-reference case, and any matter opening documents, be unsealed.

IT IS SO ORDERED.

DATED: 6/4/08

KIMBERLY J. MUELLER
United States Magistrate Judge