1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  RAYMOND FLINT

8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      ) No. CR-S-08-288 GEB
14                                )
                  Plaintiff,      )
15                                ) STIPULATION AND ORDER TO CONTINUE
        v.                        ) STATUS CONFERENCE
16                                )
   RAYMOND FLINT,                 )
17                                ) Date:  December 19, 2008
                  Defendant.      ) Time:  9:00 a.m.
18                                ) Judge: Hon. Garland E. Burrell, Jr.
   _____)
19

20      RAYMOND FLINT, by and through his counsel, Caro Marks, Assistant

21 Federal Defender, and the United States Government, by and through its

22 counsel, Courtney Linn, Assistant United States Attorney, hereby

23 stipulate and agree to vacate the previously scheduled Status

24 Conference date of November 21, 2008 and set a new Status Conference

25 date of December 19, 2008 at 9:00 a.m..

26      The parties request this continuance to give Ms. Marks the

27 additional time needed to recover from her injuries. Both parties

28 request a continuance for this purpose.

1    IT IS STIPULATED between the parties that the time period between
2 the signing of this Order up to and including December 19, 2008, be
3 excluded in computing the time within which trial must commence under
4 the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
5 Local Code T4, for ongoing preparation and continuity of counsel.

7 Dated:  November 17, 2008
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Attorney for Defendant
                                        RAYMOND FLINT


14 Dated: November 17, 2008              /s/ Courtney Linn
                                        _____
                                        COURTNEY LINN
                                        Assistant United States Attorney


                                **ORDER**

18 IT IS SO ORDERED.

19 Dated:  November 18, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge












Name of Pleading domich s/o        -2-