```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  RAYMOND FLINT

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,       )  No. CR-S-08-288 GEB
14                                  )
                   Plaintiff,       )
15                                  )  STIPULATION AND ORDER TO CONTINUE
         v.                         )  STATUS CONFERENCE
16                                  )
    RAYMOND FLINT,                  )
17                                  )  Date:  January 16, 2009
                   Defendant.       )  Time:  9:00 a.m.
18                                  )  Judge: Hon. Garland E. Burrell, Jr.
    _____ )
19
```

20      RAYMOND FLINT, by and through his counsel, Caro Marks, Assistant

21 Federal Defender, and the United States Government, by and through its

22 counsel, Courtney Linn, Assistant United States Attorney, hereby

23 stipulate and agree to vacate the previously scheduled Status

24 Conference date of December 19, 2008 and set a new Status Conference

25 date of January 16, 2009 at 9:00 a.m..

26      The parties request this continuance to give Ms. Marks the

27 additional time needed to recover from her injuries. It is expected

28 that she will return the first part of January.  Both parties request a

1  continuance for this purpose.
2      IT IS STIPULATED between the parties that the time period between
3  the signing of this Order up to and including January 16, 2009, be
4  excluded in computing the time within which trial must commence under
5  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
6  Local Code T4, for ongoing preparation and continuity of counsel.

8  Dated:  November 25, 2008
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
10                                   Federal Defender


                                    /s/ Caro Marks
12                                   _____
                                    CARO MARKS
13                                   Attorney for Defendant
                                    RAYMOND FLINT

15  Dated: November 25, 2008        /s/ Courtney Linn
                                    _____
16                                   COURTNEY LINN
                                    Assistant United States Attorney

18                          **ORDER**

19  IT IS SO ORDERED.

20  Dated:  November 26, 2008

                                    _____
22                                   GARLAND E. BURRELL, JR.
                                    United States District Judge

Name of Pleading domich s/o      -2-