McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | MJ: 08MJ0189 GGH |
| )                                  | |
| Plaintiff,       ) | STIPULATION AND ORDER |
| )                                  | CONTINUING PRELIMINARY |
| v.       ) | HEARING AND EXTENDING TIME AND |
| )                                  | ORDER THEREON |
| RAYMOND FLINT, JENNIFER BRAGG ) | |
| and MALIK MILES,       ) | |
| )                                  | |
| Defendants.       ) | |
| )                                  | |
| _____) | |

Plaintiff United States of America, by and through its counsel, and defendant JENNIFER BRAGG hereby STIPULATE as follows:

1.  On or about May 23, 2008, Magistrate Judge Hollows authorized a criminal complaint and arrest warrant for RAYMOND FLINT, JENNIFER BRAGG, and MALIK MILES. On or about June 4, 2008, RAYMOND FLINT and JENNIFER BRAGG were arrested on this complaint and arrest warrant and made initial appearances before a Magistrate Judge in the Central District of California. Defendant BRAGG is out of custody and presently scheduled to

///

1

1  appear before this Court for a Preliminary Hearing on August 5,
2  2008, at 2:00 p.m.
3      2.  The United States and defendant JENNIFER BRAGG want
4  to continue the preliminary Hearing date from August 05, 2008 at
5  2:00 p.m., to August 21, 2008 at 2:00 p.m.  Such continuance is
6  requested so that the parties may pursue a possible pre-
7  indictment resolution of the charges against defendant JENNIFER
8  BRAGG.  Pursuant to Rule 5.1(d), defendant JENNIFER BRAGG
9  consents to this Stipulation through and including August 21,
10 2008.  Defendant BRAGG has been advised of her right to consult
11 with an attorney prior to entering into this stipulation.
12     IT IS SO STIPULATED.
13 DATED: August 5, 2008        /s/ Jennifer Bragg
                                 JENNIFER BRAGG

16                              MCGREGOR W. SCOTT
                                United States Attorney
17
   DATED: August 5, 2008
18
                                /S/ Courtney J. Linn
19                              COURTNEY J. LINN
                                Assistant U. S. Attorney
20

21                              ORDER
22     The Court, having read and considered the parties'
23 STIPULATION, and for GOOD CAUSE shown, hereby continues the
24 Preliminary Hearing in the above-referenced matter from August 5,
25 2008, at 2:00 p.m. to August 21, 2008, at 2:00 p.m. before the
26 duty Magistrate Judge.  Pursuant to Rule 5.1(d), and with the
27 consent of the defendant, time for the Preliminary Hearing is
28 ///

1  extended from August 5, 2008 through and including August 21,
2  2008.
3       IT IS SO ORDERED.
4  Dated:  August 5, 2008.

_____
U.S. MAGISTRATE JUDGE