```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAYMOND FLINT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr S 08-288 GEB |
| Plaintiff, | |
| v. | ORDER |
| RAYMOND FLINT, | |
| Defendant. | |

The conditions of release previously imposed are to be modified. The condition restricting Mr. Flint's travel should now read: The defendant's travel is restricted to the Central and Eastern Districts of California except as approved, in advance, by Pretrial Services.

For the defendant's travel from December 6, 2008 to December 13, 2008 to Orlando, Florida the defendant is ordered to contact his Pretrial Services Office each day of the trip by telephone.

All other conditions remain in full force and effect.

Dated:  December 5, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE