DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RAYMOND FLINT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-288 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| RAYMOND FLINT, | ) | |
| | ) | Date: February 06, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

RAYMOND FLINT, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Courtney Linn, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of January 16, 2009 and set a new Status Conference date of February 06, 2009 at 9:00 a.m..

The parties request this continuance to give Ms. Marks the additional time needed to recover from her injuries. It is expected that she will return the 20th of January.  Both parties request a

continuance for this purpose.

IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including February 06, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation and continuity of counsel.

Dated:  January 06, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
RAYMOND FLINT

Dated: January 06, 2009          /s/ Courtney Linn
_____
COURTNEY LINN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  January 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Name of Pleading domich s/o        -2-