1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | Designated Counsel for Service
801 I Street, 3rd Floor
3 | Sacramento, California 95814
Telephone: (916) 498-5700
4 |
Attorney for Defendant
5 | RAYMOND FLINT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-288 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| RAYMOND FLINT, | ) |
| | ) Date: April 24, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |

RAYMOND FLINT, by and through his counsel, Daniel Broderick, Federal Defender, and the United States, by and through its counsel, Matthew Segal, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of March 20, 2009 and set a new Status Conference date of April 24, 2009 at 9:00 a.m..

The parties request this continuance to give defense counsel additional time to review the voluminous discovery in this case and to discuss that discovery with Mr. Flint. Both parties request a continuance for this purpose.

IT IS STIPULATED between the parties that this interest of justice outweighs the interests of the public and the defendant in a speedy

trial; therefore, the time period between the signing of this Order up to and including April 24, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation and continuity of counsel.

Dated: March 18, 2009

                                Respectfully submitted,

/s/ Daniel Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
RAYMOND FLINT

Dated: March 18, 2009

LAWRENCE BROWN
Acting United States Attorney

/s/ Matthew Segal
Matthew Segal
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 19, 2009

GARLAND E. BURRELL, JR.
United States District Judge