1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | Designated Counsel for Service
801 I Street, 3rd Floor
3 | Sacramento, California 95814
Telephone: (916) 498-5700
4
Attorney for Defendant
5 | RAYMOND FLINT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-288 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| RAYMOND FLINT, ) | |
| ) | Date: May 8, 2009 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |

RAYMOND FLINT, by and through his counsel, Daniel Broderick, Federal Defender, and the United States, by and through its counsel, Matthew Segal, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of April 24, 2009 and set a new Status Conference date of May 8, 2009 at 9:00 a.m..

Counsel for the United State recently provided a proposed plea agreement to defense counsel. Defense counsel seeks additional time to review the proposed agreement with Mr. Flint and to continue discussions with counsel for the government. To afford time to complete these tasks, both parties request a continuance for this purpose.

IT IS STIPULATED between the parties that this interest of justice outweighs the interests of the public and the defendant in a speedy trial; therefore, the time period between the signing of this Order up to and including May 8, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation and continuity of counsel.

Dated: April 21, 2009

Respectfully submitted,

/s/ Daniel Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
RAYMOND FLINT

Dated: April 21, 2009

LAWRENCE BROWN
Acting United States Attorney

/s/ Matthew Segal
Matthew Segal
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: April 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge

Stip Cont Status Conference                -2-