```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3rd Floor
 3  Sacramento, California 95814
    Telephone: (916) 498-5700
 4
    Attorney for Defendant
 5  RAYMOND FLINT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-08-288-GEB |
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION AND ORDER |
| | ) | RE: TRANSPORTATION AND |
| v. | ) | SUBSISTENCE PURSUANT TO 18 U.S.C. |
| | ) | § 4285 |
| RAYMOND FLINT, | ) | |
| | ) | |
| Defendant. | ) | Date: May 22, 2009 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Garland E. Burrell, Jr. |

Defendant Raymond Flint hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Defendant Raymond Flint is financially unable to provide the necessary transportation from current place of residence in Indio, California to Sacramento, California for his Status Conference/Change of Plea hearing on Friday, May 22, 2009, at 9:00 a.m. Because of the long distance between Sacramento and Indio and the early hour at which time the hearing is scheduled, Mr. Flint needs to arrive in Sacramento as early as possible on May 22nd. The nearest airport to Indio is at Ontario, California. Otherwise, Mr. Flint will need to arrive on May 21st requiring an overnight stay at a hotel.

Accordingly, the defendant Raymond Flint requests the court to

| | |
|---|---|
| 1 | direct the United States Marshal to furnish the defendant, Raymond Flint, |
| 2 | with round-trip transportation between Indio, California and Sacramento, |
| 3 | California, as well as subsistence cost that will include a hotel and |
| 4 | meals if an overnight stay is required. |

Dated: May 15, 2009                     Respectfully submitted,

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
RAYMOND FLINT

**ORDER**

It has been determined that defendant, Raymond Flint, is financially unable to provide the necessary transportation from his current place of residence in Indio, California to Sacramento, CA, for his Status Conference/Change of Plea hearing before the district court on May 22, 2009 at 9:00 a.m.

Accordingly, this Court authorizes and directs the United States Marshal to furnish defendant, Raymond Flint, with round trip transportation between Indio, California and Sacramento, California for his Status Conference/Change of Plea hearing on Friday, May 22, 2009 at 9:00 a.m. In addition, the United States Marshal shall furnish Mr. Flint with money for subsistence expenses to his destination, the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code. Mr. Flint is financially unable to be in Sacramento on this date without transportation and subsistence expenses. This is authorized pursuant to 18 U.S.C. § 4285.

Dated: May 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge