```
LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>RAYMOND FLINT,  )<br>  )<br>          Defendant.  )<br>_____) | 2:08-CR-00288-GEB<br><br>APPLICATION AND ORDER FOR<br>MONEY JUDGMENT |

On May 22, 2009, defendant Raymond Flint entered a guilty plea to Count Two of the Indictment, which charges him with mail fraud in violation of 18 U.S.C. § 1341, among other charges.

As part of his plea agreement with the United States, defendant Raymond Flint agreed to forfeit voluntarily and immediately up to $264,000, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1341, to which he has pled guilty. See Defendant Flint's Plea Agreement ¶ II.G.  Plaintiff hereby applies for entry of a money judgment as follows:

1.  Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Raymond Flint in the amount of $264,000.

2.  The above-referenced personal forfeiture money judgment is imposed based on defendant Raymond Flint's conviction for violating 18 U.S.C. § 1341 (Count Two).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Department of the Treasury and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Department of the Treasury, Internal Revenue Service-Criminal Investigation, in its secure custody and control.

DATED: 7/8/09                LAWRENCE G. BROWN
                             Acting United States Attorney

                             /s/ Matthew D. Segal
                             MATTHEW D. SEGAL
                             Assistant U.S. Attorney

///

///

///

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Raymond Flint in the amount of $264,000. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Department of the Treasury, Internal Revenue Service-Criminal Investigation, in its secure custody and control.

IT IS SO ORDERED.

Dated: July 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge