DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAYMOND FLINT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-08-288-GEB |
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION AND ORDER |
| | ) | RE: TRANSPORTATION AND |
| v. | ) | SUBSISTENCE PURSUANT TO 18 U.S.C. |
| | ) | § 4285 |
| RAYMOND FLINT, | ) | |
| | ) | |
| Defendant. | ) | Date:   August 21, 2009 |
| | ) | Time:   9:00 a.m. |
| _____ | ) | Judge:  Garland E. Burrell, Jr. |

        Defendant Raymond Flint hereby requests an order for transportation

and subsistence costs pursuant to 18 U.S.C. § 4285.

        Defendant Raymond Flint is financially unable to provide the

necessary transportation from current place of residence in Indio,

California to Sacramento, California for his sentencing on Friday,

August 21, 2009, at 9:00 a.m.  Because of the long distance between

Sacramento and Indio and the early hour at which time the hearing is

scheduled, Mr. Flint needs to arrive in Sacramento as early as possible

on August 21st.  The nearest airport to Indio is at Ontario, California.

Otherwise, Mr. Flint will need to arrive on August 20th requiring an

overnight stay at a hotel.

1    Mr. Flint shall also be requesting that the court permit him to

2  voluntarily surrender to the institution designated by the Bureau of

3  Prisons and the U.S. Attorney's office does not oppose this request.

4  Therefore, he will need round trip transportation.  Accordingly, the

5  defendant Raymond Flint requests the court to direct the United States

6  Marshal to furnish the defendant, Raymond Flint, with round-trip

7  transportation between Indio, California and Sacramento, California, as

8  well as subsistence cost that will include a hotel and meals if an

9  overnight stay is required.

10 Dated:  August 4, 2009              Respectfully submitted,

11

12                                     /s/ Daniel J. Broderick
                                       DANIEL J. BRODERICK
                                       Federal Defender
13                                     Attorney for Defendant
                                       RAYMOND FLINT

14

15                                **ORDER**

16    It has been determined that defendant, Raymond Flint, is financially

17 unable to provide the necessary transportation from his current place of

18 residence in Indio, California to Sacramento, CA, for his Sentencing

19 hearing before the district court on August 21, 2009 at 9:00 a.m.

20    Accordingly, this Court authorizes and directs the United States

21 Marshal to furnish defendant, Raymond Flint, with round trip

22 transportation between Indio, California and Sacramento, California for

23 his Sentencing hearing on Friday, August 21, 2009 at 9:00 a.m.  In

24 addition, the United States Marshal shall furnish Mr. Flint with money

25 for subsistence expenses to his destination, the amount authorized as a

26 per diem allowance for travel under Section 5702(a) of Title 5, United

27 States Code.  Mr. Flint is financially unable to be in Sacramento on this

28 date without transportation and subsistence expenses.

Application/Order for Transportation            2

1   This is authorized pursuant to 18 U.S.C. § 4285.

2       IT IS SO ORDERED.

3   Dated:  August 5, 2009

4

5   _____
    GARLAND E. BURRELL, JR.
6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28