IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Respondent,              No. 2:08-cr-0288 GEB DAD

      vs.

RAYMOND J. FLINT,

            Movant.                  <u>ORDER</u>

_____/

            A recent court order was served on movant's address of record and returned by the postal service as undeliverable.  It appears that movant has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.  Movant is cautioned that failure to advise the court of any address change may result in the dismissal of his § 2255 motion.

            In accordance with the above, IT IS HEREBY ORDERED that:

            1.  The Clerk of the Court is directed to serve a copy of this order on movant at his address of record and at the address for movant set forth in the certificate of service filed by respondent on November 8, 2010 (docket # 49);

            2.  Movant is granted twenty days from the date of this order to file a notice of change of address; and

1          3.  Movant's failure to comply with paragraph 2 of this order may result in a

2    recommendation that his § 2255 motion be dismissed without prejudice.

3    DATED: January 3, 2011.

4

5    _____

6    DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE
7

8

9    DAD:12
     flin0288.33
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26