IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                      No. 2:08-cr-0288 GEB DAD

      vs.

RAYMOND J. FLINT,

      Movant.                        FINDINGS & RECOMMENDATIONS

_____/

      Movant is proceeding pro se with a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. On November 8, 2010, respondent filed a motion to dismiss. On December 10, 2010, the court issued a notice setting a briefing schedule on the motion. The copy of the notice served on movant's address of record was returned undelivered. By order filed January 3, 2011, movant was granted twenty days in which to file a notice of change of address. Movant was also cautioned that failure to comply with the order might result in a recommendation that his § 2255 motion be dismissed without prejudice.

      The January 3, 2011 order was served on movant both at his address of record and at the address for movant set forth on the certificate of service appended to respondent's motion to dismiss. The copy of the January 3, 2011 order served on movant at his address of record was

/////

1

also returned undelivered.[1] The twenty day period has now expired, and movant has not filed a notice of change of address.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Movant's § 2255 motion be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

2. The Clerk of the Court be directed to close the companion civil case No. 10-cv-2235 GEB DAD.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 26, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12
flin0288.fca

---

[1] Although both the notice and the copy of the order served on movant at his address of record were returned as undeliverable, movant was properly served.  It is movant's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.