1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Respondent,                    No. 2:08-cr-0288 GEB DAD

12       vs.

13   RAYMOND J. FLINT,

14          Movant.                        ORDER

15   _____/

16          Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set

17   aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On January 27, 2011, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  Neither

22   party has filed objections to the findings and recommendations.

23          Although it appears from the file that movant's copy of the findings and

24   recommendations were returned, movant was properly served.  It is the movant's responsibility to

25   keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

26   of documents at the record address of the party is fully effective.

1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4    1. The findings and recommendations filed January 27, 2011, are adopted in full.

5    2. Movant's § 2255 motion is dismissed without prejudice.  See Local Rule 110;

6  Fed. R. Civ. P. 41(b).

7    3. The Clerk of the Court is directed to close the companion civil case, No. CIV

8  S-10-cv-2235 GEB DAD.

9    4. The Clerk of the Court is directed to serve a copy of this order on movant at his

10 address of record and at the address on the certificate of service entered on the record at Docket

11 No. 49.

12 Dated:  March 10, 2011

13

14 _____

GARLAND E. BURRELL, JR.
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26